**In re Estate of Peter J. Wilson, deceased.**

Louis Wilson, executrix of the estate of Peter J. Wilson, deceased, appellant, v. Charles Wilson, claimant below, appellee.    Gen. No. 34,097.

Opinion filed May 26, 1930. Rehearing denied June 9, 1930.

McCulloch & McCulloch, for appellant; Hugh W. McCulloch, of counsel. Erich E. Pacyna, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.